OSCAR TYLER, Respondent, *v.* WILLIAM HEYDORN, Appellant.

Argued and decided with *Central Bank of Troy* v. *Hey dorn, ante,* p. 260.

---

JOHN H. JEFFRES, Respondent, *v.* JAMES C. COCHRANE, Appellant.

(Argued September 26, 1871; decided January term, 1872.)

PLAINTIFF was appointed receiver of the property of one John Hughes in proceedings supplementary to execution. As such receiver, he brought an action against Hughes and wife to reach three notes which he alleged had been transferred by Hughes to his wife in fraud of his creditors. During the pendency of the action, the wife transferred one of the notes to her attorney in the action, receiving part of the purchase price in cash, the balance being applied in payment for his services. The other two notes were transferred before maturity to *bona fide* purchasers. Plaintiff recovered judgment ordering Hughes and wife to deliver to him the notes, or so much thereof as should be necessary to satisfy the original judgment and costs. Upon proceeding by attachment against the wife, it appeared that she had expended the proceeds of the notes, and had no means to pay the judgment. Plaintiff thereupon brought his action against the attorney to recover the avails of the note transferred to him. *Held,* that defendant having purchased *pendente lite,* with notice, was bound by the judgment, and that plaintiff was entitled to recover.

*J. C. Cochrane* for the appellant.

*E. Harris* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.